| | | | | |
|---|---|---|---|---|
| Sanders Development Group, Inc. v. Willow Properties, LLC | 06A04–1604–PL–941 | 03/17/2017 | MATHIAS, J. | Reversed and Remanded for proceedings consistent with this opinion |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Niemeyer v. Board of Trustees of Allen County Regional Water & Sewer District | 02A03–1608–MI–1914 | 03/17/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Tuggle v. State | 33A01–1608–CR–1884 | 03/17/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Garcia–Cheverez v. State | 49A02–1606–CR–1469 | 03/17/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Fies v. State | 45A05–1611–CR–2547 | 03/17/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Hall, In re | 30A01–1605–GU–1155 | 03/17/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Witherspoon v. Brown | 45A05–1608–SC–1816 | 03/17/2017 | ROBB, J. | Dismissed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Cox v. State | 36A01–1604–CR–896 | 03/20/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Wilson v. State | 03A01–1608–CR–1963 | 03/20/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Jones v. State | 02A03–1610–CR–2349 | 03/20/2017 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| D.H., In re | 02A03–1609–JT–2137 | 03/20/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |